IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 3: 06-CR-41 (CAR) |
| FRANZIER LANIER JOHNSON, *et al.*, | **VIOLATIONS:** Drug Related |
| Defendants | |

### ORDER DIRECTING SEALING OF SUPERSEDING INDICTMENT

At the request of counsel for the United States and for cause shown,

IT IS ORDERED AND DIRECTED that the **SUPERSEDING INDICTMENT** this day returned by the Grand Jury and accepted by the court be SEALED until further order of the court or until the arrest of all defendants named therein.

SO ORDERED AND DIRECTED, this 25th day of OCTOBER, 2006.



*(signature)*

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE