IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | NO. 3:06-CR-41(CAR) |
| FRAZIER LANIER JOHNSON, *et al.*, | |
| Defendants | |

## ORDER UNSEALING SUPERSEDING INDICTMENT

For the reasons set forth in the government's motion (Tab #56), and for good cause shown, it is hereby ordered that the Superseding Indictment herein be UNSEALED.

SO ORDERED AND DIRECTED, this 7th day of November, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

Presented By:

s/TAMARA A. JARRETT
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 389629